UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
PAATA DZIGAVA,

                       Plaintiff,

   -against-

ERIC HOLDER, in his official capacity as
United States Attorney General;
MICHAEL C. GOINGS, in his official
capacity as Acting Chief Immigration Judge,

                       Defendants.
-------------------------------------------------------------------X

JUDGMENT
09-CV-3086 (JG)

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 0 9 2009 ★
**BROOKLYN OFFICE**

       An Order of Honorable John Gleeson, United States District Judge, having been filed on September 8, 2009, dismissing the case as moot; it is

       ORDERED and ADJUDGED that judgment is hereby entered dismissing the case as moot.

Dated: Brooklyn, New York
       September 08, 2009

                                          s/Robert C. Heinemann
                                          ROBERT C. HEINEMANN
                                          Clerk of Court